# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGSUT 26, 2025

## NO. 03-25-00307-CV

**Michelle Katherine McGuire, Appellant**

**v.**

**Cole Joseph Sims, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF
WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order entered by the trial court on February 5, 2025. Michelle Katherine McGuire has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Michelle Katherine McGuire to withdraw her notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.